### (June 3, 1940.)

In the Matter of the Appointment of a Committee of the Estate of MORRIS GOOTOFF, an Alleged Incompetent Person. BERNARD GOOTOFF, Appellant; Dr. CHARLES H. BELLINGER, Superintendent of Brooklyn State Hospital, and HENRY A. CORNELL, as Committee of MORRIS GOOTOFF, an Alleged Incompetent Person, Respondents.— Appeal from an order adjudging Morris Gootoff an incompetent person, appointing a committee of his estate and directing the committee to perform certain acts. On argument, order, in so far as appealed from, reversed on the law and the facts, with ten dollars costs and disbursements to the appellant, payable out of the estate, and the matter remitted to the Special Term for the purpose of making a further inquiry as to the qualifications of the relative claiming the right to the appointment as committee. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

### (June 7, 1940.)

In the Matter of the Application of ALBERT Ross, Appellant, for an Order against S. HOWARD COHEN and Others, as Members of the Board of Elections in the City of New York, and H. WARREN HUBBARD, as City Clerk of the City of New York, Respondents, and EDWARD VOGEL, Intervener, Appellant.— Appeal from order directing the city clerk of the city of New York to certify that the vacancy in the city council caused by the resignation of John Cashmore for the balance of the unexpired term be filled at the general election to be held November 5, 1940, and that such successor be elected in accordance with the entire procedure of the general election laws applicable to the election of borough officers, and denying petitioner's application that the election be held in accordance with the provisions of proportional representation. Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals is hereby granted to the appellants. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.